IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action no. 11-cv-00638

Bernardino Rodriguez

Plaintiff,

v.

United States of America

Defendant

---

ORDER RE:  PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

---

THE COURT having been duly advised in the matter hereby GRANTS plaintiff's Motion to Dismiss with Prejudice and the above captioned case is hereby dismissed in its entirety.

Dated: <u>August 18, 2011</u>

<u>s/Christine M. Arguello</u>
United States District Court Judge/Magistrate